IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT F. RIVERA,
DOC # 518548,

    Plaintiff,

v.                                                Case No. 4:19cv519-MW/CAS

SUPREME COURT OF FLORIDA,
FIRST DISTRICT OF APPEAL,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.4 Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g). This case is **DISMISSED without prejudice** to Plaintiff's refiling an action if he simultaneously pays the filing fee and the previously addressed sanction by this Court. The Clerk shall

1

note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall also close the file.

**SO ORDERED on December 20, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
